IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANICE KINGSLAND, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 33:09-00497 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| MEDIA MAIL PACKAGING AND | ) | |
| FULFILLMENT SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon stipulation of dismissal (Docket Entry No. 26) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED with prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the ___7th___ day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge